UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

\_\_\_\_\_ FILED   \_\_\_\_\_ ENTERED
\_\_\_\_\_ LOGGED   \_\_\_\_\_ RECEIVED

JUN 2 0 2012

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

MIGUEL MORALES,   )
)
)   Case No.: AW-12-cv-0919
PLAINTIFF   )
)
vs.   )
)
UNKNOWN PRINCE GEORGE'S COUNTY   )
EMPLOYEES,   )
)
DEFENDANTS   )
)

 ORDER

Upon consideration of Plaintiff's Motion to Expedite Discovery and allow a pre-conference deposition of Prince George's County, the supplemental Memorandum of Points and Authorities, any opposition thereto, and the record herein, it is on this _19th_ day of _June_, 2012,

**ORDERED**, that said Motion is Granted, and Plaintiffs may issue a subpoena to Prince George's County in a form substantially similar to that submitted with the Motion.

**SO ORDERED:**

_Alexander Williams Jr._
Honorable Alexander Williams, Jr.,
District Judge,
US DISTRICT COURT, DISTRICT
OF MARYLAND, GREENBELT
DIVISION